United States Bankruptcy Court
District of Arizona

In re:  
DAVID P WOODBRIDGE  
MACKENZIE T WOODBRIDGE  
    Debtors

Case No. 23-08194-DPC  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0970-2      User: admin      Page 1 of 3  
Date Rcvd: Jun 25, 2024      Form ID: pdf001      Total Noticed: 45

The following symbols are used throughout this certificate:  
**Symbol**      **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 27, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | DAVID P WOODBRIDGE, MACKENZIE T WOODBRIDGE, 18861 W ADAMS ST, BUCKEYE, AZ 85326-7579 |
| 17226339 | + | AERO FEDERAL CREDIT UNION, 5811 W TALAVI BLDG, GLENDALE AZ 85306-1810 |
| 17120016 | + | Buckey Dermatology, 825 S Watson Rd, #107, Buckeye AZ 85326-3435 |
| 17120023 | + | City of Buckeye - Utility Billing, PO Box 25008, Salt Lake City UT 84125-0008 |
| 17129659 | + | DigniFi, PO Box 84010, Sioux Falls, SD 57118-4010 |
| 17124013 | | Lakeview Loan Servicing, LLC, Seventh Floor Camelback Esplanade II, 2525 E. Camelback Rd, Phoenix, AZ 85016 |
| 17120033 | + | Landings Credit Union, 2800 S Mill Ave, Tempe AZ 85282-3613 |
| 17120018 | + | Loan Care, P.O. Box 60509, City of Industry, CA 91716-0509 |
| 17120035 | + | St. Joseph's Hospital and Medical Center, 350 West Thomas Rd, Phoenix AZ 85013-4496 |
| 17165327 | + | Whitetank Animal Hospital, 16578 W Greenway Rd #215, Surprise AZ 85388-2188 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 17120014 | + | Email/Text: bankruptcy2006@apsc.com | Jun 25 2024 23:10:34 | APS, MS 3200, PO Box 53933, Phoenix AZ 85072-3933 |
| 17120013 | + | Email/Text: collections@aerofed.net | Jun 25 2024 23:09:00 | Aero Fcu, 18301 N 79th Ave, Glendale AZ 85308-8463 |
| 17120015 | | Email/Text: bankruptcynotices@azdor.gov | Jun 25 2024 23:08:00 | Arizona Department of Revenue, Attention BK Payment Unit, 2005 N Central Ave, Ste 100, Phoenix AZ 85004-1546 |
| 17123867 | + | Email/Text: bankruptcynotices@azdor.gov | Jun 25 2024 23:08:00 | Arizona Department of Revenue, c/o: Tax, Bankruptcy and Collection, 2005 N Central Ave. Suite 100, Phoenix, AZ 85004-1546 |
| 17120017 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 25 2024 23:53:34 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City UT 84130-0285 |
| 17141584 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 26 2024 00:04:51 | Capital One N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 17120020 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 25 2024 23:23:31 | Citibank, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, St Louis MO 63179-0040 |
| 17167641 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 26 2024 00:18:01 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 17120021 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 25 2024 23:23:32 | Citibank/Best Buy, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, St Louis MO 63179-0040 |
| 17120022 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 25 2024 23:22:50 | Citibank/The Home Depot, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, St Louis MO 63179-0040 |

| Recipient ID | | Delivery Method | Date/Time | Name/Address |
|---|---|---|---|---|
| 17120024 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jun 25 2024 23:10:00 | Comenity Bank/Helzberg, Attn: Bankruptcy, Po Box 182125, Columbus OH 43218-2125 |
| 17120025 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jun 25 2024 23:10:00 | Comenity Bank/Helzberg, Po Box 182789, Columbus OH 43218-2789 |
| 17120026 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jun 25 2024 23:10:00 | Comenity Bank/Zales, Attn: Bankruptcy, Po Box 182125, Columbus OH 43218-2125 |
| 17120027 | | Email/Text: creditops@deserve.com | Jun 25 2024 23:08:00 | Deserve Inc/celtic Ban, 1010 Doyle Street, Menlo Park CA 94025 |
| 17120028 | ^ | MEBN | Jun 25 2024 23:02:25 | DHI Mortgage Company, Attn: Bankruptcy, 10700 Pecan Park Blvd, Ste 450, Austin TX 78750-1481 |
| 17120029 | + | Email/Text: loanresearch@confidentfs.com | Jun 25 2024 23:08:00 | DigniFi, Attn: Bankruptcy, Po Box 7084, Boulder CO 80306-7084 |
| 17120030 | | Email/Text: collectionbankruptcies.bancorp@53.com | Jun 25 2024 23:10:00 | Fifth Third Bank, Attn: Bankruptcy, Maildrop RCS83E 1830 E Paris Ave SE, Grand Rapids MI 49546 |
| 17141444 | + | Email/Text: FifthThirdBKNotices@nationalbankruptcy.com | Jun 25 2024 23:09:00 | Fifth Third Bank, N.A., PO Box 9013, Addison, Texas 75001-9013 |
| 17120031 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Jun 25 2024 23:09:00 | Internal Revenue Service, PO Box 7346, Philadelphia PA 19101-7346 |
| 17120032 | | Email/Text: JCAP_BNC_Notices@jcap.com | Jun 25 2024 23:10:00 | Jefferson Capital Systems, LLC, Attn: Bankruptcy, 16 Mcleland Road, Saint Cloud MN 56303 |
| 17162293 | | Email/Text: JCAP_BNC_Notices@jcap.com | Jun 25 2024 23:10:00 | Jefferson Capital Systems, LLC, PO Box 7999, St, Cloud, MN 56302-9617 |
| 17120019 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jun 25 2024 23:23:27 | Chase Card Services, Attn: Bankruptcy, P.O. 15298, Wilmington DE 19850 |
| 17142777 | + | Email/Text: RASEBN@raslg.com | Jun 25 2024 23:09:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz, Schneid,, Crane & Partners, PLLC, 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 17168022 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 25 2024 23:22:50 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 17120034 | + | Email/Text: LC-Bankruptcy-RF@loancare.net | Jun 25 2024 23:09:00 | LoanCare LLC, Attn: Bankruptcy/Consumer Solution Dept, P.O. Box 8068, Virginia Beach VA 23450-8068 |
| 17159683 | + | Email/Text: bankruptcydpt@mcmcg.com | Jun 25 2024 23:10:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 17166166 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 25 2024 23:23:04 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 17166276 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 25 2024 23:23:35 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 17167343 | | Email/Text: bnc-quantum@quantum3group.com | Jun 25 2024 23:10:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 17120037 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jun 25 2024 23:22:42 | Syncb/Home, Attn: Bankruptcy, Po Box 965060, Orlando FL 32896-5060 |
| 17120036 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jun 25 2024 23:41:31 | Syncb/ccdstr, Attn: Bankruptcy, Po Box 965060, Orlando FL 32896-5060 |
| 17120038 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jun 25 2024 23:42:06 | Synchrony Bank/Amazon, Attn: Bankruptcy, Po Box 965060, Orlando FL 32896-5060 |
| 17120039 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jun 25 2024 23:23:27 | Synchrony Bank/Lowes, Attn: Bankruptcy, Po Box 965060, Orlando FL 32896-5060 |
| 17120040 | + | Email/Text: synovusbankruptcy@synovus.com | Jun 25 2024 23:10:00 | Synovus Bank, Attn: Bankruptcy, 1111 Bay |

| 17120041 | + Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Jun 25 2024 23:23:03 | Wells Fargo Bank NA, Attn: Bankruptcy, 1 Home Campus Mac X2303-01a 3rd Floor, Des Moines IA 50328-0001 Avenue, Columbus GA 31901-5218 |
|---|---|---|---|

TOTAL: 35

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Lakeview Loan Servicing, LLC |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 27, 2024     Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 25, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| EDWARD J. MANEY | courtecf@maney13trustee.com |
| LEONARD J. MCDONALD, JR. | on behalf of Creditor Lakeview Loan Servicing LLC ecf@tblaw.com |
| THOMAS ADAMS MCAVITY | on behalf of Joint Debtor MACKENZIE T WOODBRIDGE documents@phxfreshstart.com tom@phxfreshstart.com |
| THOMAS ADAMS MCAVITY | on behalf of Debtor DAVID P WOODBRIDGE documents@phxfreshstart.com tom@phxfreshstart.com |
| U.S. TRUSTEE | USTPRegion14.PX.ECF@USDOJ.GOV |

TOTAL: 5

SO ORDERED.

Dated: June 25, 2024

Daniel P. Collins, Bankruptcy Judge

THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re<br><br>DAVID P WOODBRIDGE,<br><br>MACKENZIE T WOODBRIDGE,<br><br>Debtors. | CHAPTER 13<br><br>CASE NO. 2: 23-BK-08194-DPC<br><br>**STIPULATED ORDER CONFIRMING AMENDED CHAPTER 13 PLAN** |

The Amended Chapter 13 Plan having been properly noticed out to creditors and any objection to confirmation having been resolved,

**IT IS ORDERED** confirming the Amended Plan of the Debtors as follows:

(A) **INCOME SUBMITTED TO THE PLAN.** Debtors shall submit the following amounts of future income to the Trustee for distribution under the Plan.

(1) Future Earnings or Income. Debtors shall make the following monthly Plan payments:

| Months | Amount |
|--------|--------|
| 1-29   | $3,896.00 |
| 30-60  | $4,071.00 |

- 1 -

In re: Woodbridge
Case No. 2: 23-BK-08194-DPC

The payments are due on or before the 14th day of each month commencing December 14, 2023. Debtors are advised that when payments are remitted late, additional interest may accrue on secured debts which may result in a funding shortfall at the end of the Plan term. Any funding shortfall must be cured before the plan is deemed completed.

The Debtors shall provide to the Trustee copies of their **federal** and **state** income tax returns for post-petition years 2023-2027 within 30 days of filing them. The purpose is to assist the Trustee in determining any change in Debtors' annual disposable income.

(2) Other Property. In the event that other property is submitted, it shall be treated as supplemental payments.

(B) **DURATION.** This Plan shall continue for 60 months from the first regular monthly payment described in Paragraph (A)(1) above. If at any time before the end of the Plan period all claims are paid, then the Plan shall terminate. In no event will the term of the Plan be reduced to less than 60 months, exclusive of any property recovered by the Trustee, unless all allowed claims are paid in full.

(C) **CLASSIFICATION AND TREATMENT OF CLAIMS.** Claims shall be classified as listed below. The Plan and this Order shall not constitute an informal proof of claim for any creditor. This Order does not allow claims. Claims allowance is determined by § 502 and the Federal Rules of Bankruptcy Procedure. The Trustee shall receive the percentage fee on the Plan payments pursuant to 28 U.S.C. § 586(e), then the Trustee will pay secured creditors or allowed claims in the following order:

(1) <u>Administrative expenses:</u>

<u>Attorney Fees.</u> Tom McAvity, shall be allowed total compensation of $4,500. Counsel received $13.00 prior to filing this case and will be paid $4,487.00 by the Chapter 13 Trustee.

(2) <u>Claims Secured by Real Property:</u>

- 2 -

In re: Woodbridge
Case No. 2: 23-BK-08194-DPC

(a) Loancare LLC, secured by a first deed of trust in Debtors residence shall be paid pre-petition arrears of $6,074.39, with 0% interest.

(b) Conduit mortgage payments shall be paid by the Trustee beginning in Month 1 of the Plan for the mortgage payment due to the Creditor for December 1, 2023. The conduit payment shall be paid by the Trustee for the duration of the Plan unless otherwise ordered. For any month when the balance on hand in Debtor's account is insufficient to allow disbursement of the conduit payment and any adequate protection payments on personal property that have become due, the amount due for that month will be paid to the creditor on the next disbursement date when the Debtor's account balance has sufficient funds to pay a full conduit payment.

(c) If and when a Notice of Payment Change is received, the Trustee will adjust the Plan payment to reflect the decrease or the increase in the mortgage payment. The Trustee is authorized to disburse the new mortgage conduit payment without seeking an Order of the Court or a modification of the Plan.

(d) If Loancare LLC files any notices for post-petition fees and expenses, within 21 days of the notice, the Debtor will remit an amended SOC to the Trustee. The amended SOC must provide for payment of the additional expenses, plus trustee fee, and increase plan yield accordingly.

(e) In addition to the mortgage arrears stated above, the Trustee will disburse $1,200 to Loancare LLC for post-petition fees. (See Notice filed on May 8, 2024).

(3) <u>Claims Secured by Personal Property:</u>

(f) Fifth Third Bank, secured by a lien in a 2019 Dodge Durango, shall be paid a secured claim of $30,160.85 with 8.750% interest. The creditor will receive adequate protection payments of $450.00 per month. The balance of the debt shall be classified as unsecured.

(g) Aero Federal Credit Union, secured by a lien in a 2018 Chevrolet Traverse, shall be paid a secured claim of $19,815.51 with 8.750% interest. The creditor will

- 3 -

In re: Woodbridge
Case No. 2: 23-BK-08194-DPC

receive adequate protection payments of $250.00 per month. The balance of the debt shall be classified as unsecured.

(4) <u>Unsecured Priority Claims:</u>

    (a) Internal Revenue Service shall be paid an unsecured priority claim of $5,253.34 with no interest for income taxes.
    (b) Arizona Department of Revenue shall be paid an unsecured priority claim of $1,092.68 with no interest for income taxes.

(5) <u>Surrendered Property:</u>

Upon confirmation of this plan or except as otherwise ordered by the Court, bankruptcy stays are lifted as to collateral to be surrendered. Such creditor shall receive no distribution until the creditor timely files a claim or an amended proof of claim that reflects any deficiency balance remaining on the claim. Assuming the creditor has an allowed proof of claim, should the creditor fail to file an amended claim consistent with this provision, the Trustee need not make any distributions to that creditor. Debtors surrender the following property:

    (a) None.

(6) <u>Other Provisions:</u> None.

(7) <u>Unsecured Nonpriority Claims.</u> Claims allowance is determined by § 502 and the Federal Rules of Bankruptcy Procedure. Allowed unsecured claims shall be paid pro rata the balance of the payments under the Plan and any unsecured debt balance remaining unpaid upon completion of the Plan may be discharged as provided in 11 U.S.C. § 1328.

(D) **EFFECTIVE DATE AND VESTING.** The effective date of the Plan shall be the date of this Order. Property of the estate vests in Debtors upon confirmation, subject to the rights of the Trustee to assert a claim to any additional property of the estate pursuant to 11 U.S.C. § 1306.

- 4 -

In re: Woodridge
Case No. 2: 23-BK-08194-DPC

---

**ORDER SIGNED ABOVE**

---

Approved as to Form and Content By:

_____
Edward J. Maney, Trustee

_____
Tom McAvity
Attorney for Debtors

      The Debtors certify: All required State and Federal Income tax returns have been filed No domestic support obligation is owed or, if owed, such payments are current since the filing of the Petition.

_____
DAVID P WOODBRIDGE, Debtor

_____
MACKENZIE T WOODBRIDGE, Debtor

- 5 -

In re: Woodbridge
Case No. 2: 23-BK-08194-DPC